RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Baldemar Villasenor-Aguilar

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-MJ-00506-DJA-1 |
| Plaintiff, | **ORDER TO CONTINUE PRELIMINARY HEARING** (First Request) |
| v. | |
| BALDEMAR VILLASENOR-AGUILAR, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Baldemar Villasenor-Aguilar, that the Preliminary Hearing currently scheduled on September 24, 2021 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1.      Mr. Villasenor would like more time to discuss the fast-track offer as well as his other options to proceed with counsel.  He does not feel prepared to accept or reject the fast-track offer before the preliminary hearing date.

1      2.       Defendant is incarcerated and does not object to a continuance.

2      3.       Additionally, denial of this request for continuance could result in a

3  miscarriage of justice.

4      This is the first request for continuance filed herein.

5      DATED this 2nd day of September, 2021.

6

7  RENE L. VALLADARES          CHRISTOPHER CHIOU
   Federal Public Defender         Acting United States Attorney

8

9     /s/ Andrew Wong              /s/ Jared Grimmer
   By_____    By_____

10 ANDREW WONG              JARED GRIMMER
   Assistant Federal Public Defender    Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-MJ-00506-DJA-1 |
| Plaintiff, | **ORDER** |
| v. | |
| BALDEMAR VILLASENOR-AGUILAR, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on September 24, 2021 at the hour of 4:00 p.m., be vacated and continued to _____ November 8, 2021, at 4:00 p.m., Courtroom 3A.

DATED this ___3rd___ day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS