RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ANDREW WONG
Assistant Federal Public Defender
Nevada State Bar No. 14133
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Andrew_Wong@fd.org

Attorney for Baldemar Villasenor-Aguilar

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>BALDEMAR VILLASENOR-AGUILAR,<br><br>          Defendant. | Case No. 2:21-MJ-00506-DJA-1<br><br>ORDER **TO CONTINUE PRELIMINARY HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Jared Grimmer, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Andrew Wong, Assistant Federal Public Defender, counsel for Baldemar Villasenor-Aguilar, that the Preliminary Hearing currently scheduled on November 8, 2021 at 4:00 pm, be vacated and continued to a date and time convenient to the Court, but no sooner than forty (40) days.

This Stipulation is entered into for the following reasons:

1. The parties have resolved this case. The change of plea and sentencing are set for December 2, 2021.

2. Should the Court accept the change of plea and move forward with sentencing, the preliminary hearing will be unnecessary.

3. In order to allow the Court to conduct the change of plea and sentencing, the parties request the preliminary hearing be continued beyond December 2, 2021.

4. Defendant is incarcerated and does not object to a continuance.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 2nd day of November, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| */s/ Andrew Wong*<br>By_____<br>ANDREW WONG<br>Assistant Federal Public Defender | */s/ Jared Grimmer*<br>By_____<br>JARED GRIMMER<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-MJ-00506-DJA-1 |
| Plaintiff, | **ORDER** |
| v. | |
| BALDEMAR VILLASENOR-AGUILAR, | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on November 8, 2021 at the hour of 4:00 p.m., be vacated and continued to December 13, 2021, at 4:00 p.m., Courtroom 3A.

DATED this 3rd day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
DANIEL J. ALBREGTS